## GILES V. THE STATE.

(Decided Jan. 13, 1911.)

APPEAL from Tuscaloosa County Court.
Heard before Hon. H. B. FOSTER.
No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.
Per curiam.—Appeal dismissed on motion.

## HALEY V. CITY OF ANNISTON.

(Decided Jan. 12, 1911.)

APPEAL from Anniston City Court.
Heard before Hon. THOMAS W. COLEMAN, JR.
No counsel marked for either party.
Per curiam.—Affirmed on certificate.

## JOHNSON V. THE STATE.

(Decided Dec. 22, 1910.)

APPEAL from Autauga Circuit Court.
Heard before Hon. W. W. Pearson.
No counsel marked for either party.
Per curiam.—Appeal abated by death of appellant.

## LOKEY V. DE GRAFFENRIED.

(Decided Nov. 22, 1910.)

APEAL from Russell Chancery Court.
Heard before Hon. L. D. GARDNER.

FOSTER, SAMFORD & CARROLL, for appellant.    GLENN & DE GRAFFENRIED, for appellee.

DOWDELL, C. J.—Affirmed on the facts.

ANDERSON, SAYRE and EVANS, JJ., concur.

---

## LOVE V. THE STATE.

(Decided Dec. 8, 1910.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

No counsel marked for either party.

SIMPSON, J.—No bill of exceptions and no error in the record.    Affirmed.

DOWDELL, C. J., McCLELLAN and MAYFIELD, JJ., concur.

---

## McCOY, ET AL. V. WEBB.

(Decided Nov. 30, 1910.)

APPEAL from Birmingham City Court.

Heard before Hon. H. A. SHARPE.

CABANISS & BOWIE, for appellant.    A. ST. C. ABRAMS, JOSEPH T. COLLINS, JR., and LONDON & LONDON, for appellee.

Per curiam.—Dismissed by agreement.

---

## MAGBY V. CITY OF ANNISTON.

(Decided Jan. 12, 1911.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for either party.

Per curiam.—Affirmed on certificate.